| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gordon, Andrew P. | 2. Court or Organization<br><br>U.S. District Court, Nevada | 3. Date of Report<br><br>04/25/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>Lloyd D. George Federal Courthouse<br>333 Las Vegas Boulevard South, Room 6018<br>Las Vegas, Nevada 89101 | *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | National Institute for Trial Advocacy - teaching | $1,800.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | ▅▅▅▅▅▅▅▅▅▅▅▅ - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 04/25/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | | | | | | | | | |
| 2. - Wells Fargo Advisors LLC (Cash Accounts) | A | Interest | M | T | | | | | |
| 3. Wells Fargo (Cash Accounts) | A | Interest | M | T | | | | | |
| 4. Charles Schwab (Cash Accounts) | A | Interest | M | T | | | | | |
| 5. Microsoft Corp. stock | A | Dividend | J | T | | | | | |
| 6. Walt Disney stock | A | Dividend | K | T | | | | | |
| 7. Franklin Templeton Age-Based 529 - Age 17-18 | | None | L | T | | | | | |
| 8. iShares MSCI ETF EAFE Minimum Volatility | A | Dividend | J | T | Buy (add'l) | 04/06/17 | J | | |
| 9. Pimco Exhchange Traded Fund Intermediate Municipal Bond Exchange | C | Dividend | M | T | Buy (add'l) | 04/03/17 | J | | |
| 10. Vanguard Short Term Tax Exempt Fund Investor SHR | C | Dividend | N | T | | | | | |
| 11. Aflac Inc | A | Dividend | | | Sold | 08/29/17 | J | C | |
| 12. Apple | | None | J | T | Sold (part) | 04/03/17 | J | B | |
| 13. Celgene Corp | | None | J | T | Buy (add'l) | 03/04/17 | J | | |
| 14. Cognizant Tech Solutions Class A | | None | J | T | | | | | |
| 15. CVS Health Corp | A | Dividend | K | T | | | | | |
| 16. EGShares Emerging Markets Consu ETF | A | Dividend | K | T | Buy (add'l) | 04/10/17 | J | | |
| 17. | | | | | Sold (part) | 10/18/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Google Inc. | | None | J | T | | | | | |
| 19. Guggenheim Bulletshares 2020 Corp Bond ETF | A | Dividend | J | T | Buy (add'l) | 03/18/17 | J | | |
| 20. Guggenheim S&P 500 Equalwei Tech ETF | A | Dividend | J | T | Sold (part) | 03/06/17 | J | A | |
| 21. Guggenheim S&P 500 Equalwei Con ETF | A | Dividend | J | T | | | | | |
| 22. Guggenheim S&P 500 Equalwei Eng ETF | A | Dividend | J | T | Sold (part) | 03/06/17 | J | | |
| 23. Guggenheim S&P 500 Equalwei Fin ETF | A | Dividend | J | T | Sold (part) | 03/06/17 | J | | |
| 24. Guggenheim S&P 500 Equalwei HC ETF | A | Dividend | J | T | Buy (add'l) | 03/06/17 | J | | |
| 25. Guggenheim S&P 500 Equalwei ETF | A | Dividend | J | T | Sold (part) | 03/06/17 | J | A | |
| 26. IShares MSCI Mexico Capped ETF | A | Dividend | J | T | Buy (add'l) | 01/05/17 | J | | |
| 27. | | | | | Sold (part) | 04/21/17 | J | A | |
| 28. IShares MSCI Philippines ETF | A | Dividend | | | Sold | 06/22/17 | J | A | |
| 29. IShares National AMT Freemuni ETF | A | Interest | M | T | Buy (add'l) | 04/03/17 | J | | |
| 30. Lam Research Corp | | None | | | Sold | 01/04/17 | J | D | |
| 31. Oracle Corp. | A | Dividend | | | Sold | 07/22/17 | J | C | |
| 32. Priceline Group | | None | J | T | Sold (part) | 04/21/17 | J | A | |
| 33. Qualcom Inc. | A | Dividend | J | T | | | | | |
| 34. Starbucks Corp | A | Dividend | K | T | Buy (add'l) | 03/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 36. | | | | | Buy (add'l) | 07/28/17 | J | | |
| 37. United Healthgroup Inc. | A | Dividend | J | T | Sold (part) | 01/12/17 | J | A | |
| 38. | | | | | Sold (part) | 10/17/17 | J | B | |
| 39. Valero Energy Corp | A | Dividend | K | T | Sold (part) | 04/21/17 | J | A | |
| 40. First Trust North American Energy ETF | A | Dividend | K | T | Buy (add'l) | 04/10/17 | J | | |
| 41. IShares Res Real Estate | A | Dividend | | | Sold (part) | 01/04/17 | J | | |
| 42. | | | | | Sold | 04/21/17 | J | A | |
| 43. Dicks Sporting Goods | A | Dividend | | | Sold | 01/04/17 | J | C | |
| 44. Gilead Sciences Inc | A | Dividend | J | T | Buy (add'l) | 01/12/17 | J | | |
| 45. | | | | | Buy (add'l) | 03/14/17 | J | | |
| 46. JPMorgan Chase & Co. | A | Dividend | | | Sold | 03/02/17 | J | C | |
| 47. Skyworks Solutions | A | Dividend | J | T | Sold (part) | 04/03/17 | J | A | |
| 48. | | | | | Sold (part) | 05/31/17 | J | B | |
| 49. IShares ETF Ibonds Sep 2020 AMT | B | Dividend | M | T | Buy (add'l) | 01/06/17 | J | | |
| 50. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 51. Select Sector Industrial SPDR ETF | A | Dividend | K | T | Sold (part) | 04/21/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR S&P Bank ETF | A | Dividend | K | T | Sold (part) | 03/02/17 | J | B | |
| 53. Technology Select Sector | A | Dividend | K | T | Buy (add'l) | 06/14/17 | J | | |
| 54. Egshares ETF India Infastructure | A | Dividend | J | T | Sold (part) | 05/10/17 | J | A | |
| 55. Schlumberger LTD. | A | Dividend | K | T | Buy (add'l) | 03/14/17 | J | | |
| 56. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 57. Western Digital Corp. | A | Dividend | | | Sold (part) | 03/02/17 | J | A | |
| 58. | | | | | Sold (part) | 04/21/17 | J | B | |
| 59. | | | | | Sold | 06/14/17 | J | D | |
| 60. Advisershares Ranger EQY | | None | J | T | Buy (add'l) | 01/05/17 | J | | |
| 61. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 62. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 63. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 64. | | | | | Sold (part) | 12/01/17 | K | | |
| 65. Columbia India Consumer ETF | A | Dividend | J | T | Sold (part) | 05/10/17 | J | A | |
| 66. First Trust Preferred ETF IV | A | Dividend | J | T | | | | | |
| 67. First Trust UK Alphadex ETF | A | Dividend | J | T | Buy (add'l) | 01/05/17 | J | | |
| 68. | | | | | Sold (part) | 10/18/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. iShares MSCI Cap Invest Ireland | A | Dividend | J | T | | | | | |
| 70. iShares MSCI Germany ETF | | None | | | Sold | 04/07/17 | J | B | |
| 71. iShares MSCI Poland ETF | A | Dividend | J | T | Sold (part) | 10/18/17 | J | B | |
| 72. iShares MSCI Sweden ETF | A | Dividend | J | T | | | | | |
| 73. iShares IBD DC 2022 Term MNBD ETF | A | Dividend | M | T | Buy (add'l) | 01/06/17 | J | | |
| 74. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 75. Powershares Variable Rate PRF ETF 1V | A | Dividend | J | T | | | | | |
| 76. Select STR Financial SPDR ETF | A | Dividend | K | T | Sold (part) | 03/02/17 | J | C | |
| 77. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 78. Vanguard Consumer Staples ETF | A | Dividend | J | T | | | | | |
| 79. Vanguard Shrt Inf Prot SEC Index ETF | A | Dividend | K | T | Buy (add'l) | 04/03/17 | J | | |
| 80. Guggenheim Bullet 2022 | A | Dividend | J | T | Buy (add'l) | 03/08/17 | J | | |
| 81. Pimco 1-5 Year US Tips Index ETF | A | Dividend | J | T | Buy (add'l) | 04/06/17 | J | | |
| 82. iShares IBonds Dec. 2019 Term CRP ETF | A | Dividend | | | Sold | 03/08/17 | J | | |
| 83. iShares IBonds Dec. 2021 Term CRP ETF | A | Dividend | J | T | | | | | |
| 84. iShares IBonds Dec. 2023 Term CRP ETF | A | Dividend | J | T | Buy (add'l) | 03/08/17 | J | | |
| 85. iShares IBonds Dec. 2024 Term ETF | A | Dividend | J | T | Buy | 03/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ETFs Gold Trust ETF | | None | J | T | Buy | 04/21/17 | J | | |
| 87. Guggenheim S&P 500 Equal Weight Cons ETF | | None | J | T | Buy | 03/06/17 | J | | |
| 88. Digital Realty Trust | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 89. IShares MSCI EAFE Small Cap | A | Dividend | K | T | Buy | 03/02/17 | J | | |
| 90. Powershares FTSE Intl LWBT ETF | A | Dividend | K | T | Buy | 10/18/17 | K | | |
| 91. Vanguard Healtcare ETF | A | Dividend | K | T | Buy | 01/04/17 | J | | |
| 92. | | | | | Buy | 05/31/17 | J | | |
| 93. | | | | | Buy | 06/14/17 | J | | |
| 94. ETFs Silver Trust ETF | | None | J | T | Buy | 04/21/17 | J | | |
| 95. Essex Property Trust REIT | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 96. Ventas Inc | A | Dividend | J | T | Buy | 01/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 04/25/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, lines 1 and 2 re Trust #1: I and my brother are co-trustees of a trust that has been segregated into four cash accounts, one for each of me and three of my siblings. The aggregate amount of those combined cash accounts is reflected in Column C(1). However, most of those funds are not in my separate account, which would be a Category L.

2) Part VII, line 7: I discovered that the name of this asset shown in the description is incorrect (should be "Age 17-18" instead of "Age 13-16"). Therefore, I have changed the name of it for this year's disclosure.

3) Part VII, line 69 re iShares MSCI Cap Invest. In last year's report I did not include the correct name for this asset because I omitted the word "Ireland" at the end of the description. I added that word this year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew P. Gordon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544